USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of
FIRST MONOLITH INC.,

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

20 Misc. 735 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    First Monolith Inc. indicated in its letter dated December 1, 2021, that "[d]iscovery is . . . sufficiently complete to permit service on the potential defendant and certain individuals and entities associated with the potential defendant." ECF No. 20. First Monolith Inc. has received all the relief it sought in its application. Accordingly, by **December 15, 2021**, First Monolith Inc. shall advise whether it seeks further relief, or the Court will close the case.

    SO ORDERED.

Dated: December 9, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge